November 10, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

MICHAEL K. BURKE, Appellant

NO. 14-11-00696-CV                    V.

A.H.D. HOUSTON, INC. D/B/A CENTERFOLDS AND
CHRISTOPHER ALAN MALUSA, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 8, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by MICHAEL K. BURKE.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.